1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RUBEN HERNANDEZ,

        Petitioner,

   v.

W.L. MONTGOMERY, Warden,

        Respondent.

Case No. 5:19-cv-02458-PA-KES

**JUDGMENT**

     Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  September 16, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE